NOT  DESIGNATED  FOR  PUBLICATION

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Lawrence Wilson Kingsley
In Proper Person
2161 West Ridge Drive
Lancaster PA 17601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 29, 2022

### REHEARING ACTION: December 29, 2022

**Docket Number: 22   00417-CW consolidated with 73-CA**

**LAWRENCE WILSON KINGSLEY**
**VERSUS**
**ANN ELIZABETH LANGE, ET AL.**

**Writ Application from Rapides Parish Case No. 248,025-E**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lawrence Wilson Kingsley** has this day been

   **DENIED.**

cc: Barbara Bell Melton, Counsel for  the Respondent
    Christopher M. Chesne, Counsel for  the Respondent
    Rodney Marchive Rabalais, Counsel for  the Respondent